969 F.2d 705w
 59 Fair Empl.Prac.Cas. (BNA) 614,
59 Empl. Prac. Dec. P 41,616, 61 USLW 2143
 Fred BROWN, Appellee,
v.
STITES CONCRETE, INC., Appellant.
Fred BROWN, Appellant,
v.
STITES CONCRETE, INC., Appellee.
Fred BROWN, Appellee,
v.
STITES CONCRETE, INC., Appellant.
 Nos. 91-2581, 91-3057 and 91-3139.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Feb. 13, 1992.
Decided July 15, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 994 F.2d 553.